IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SAID TLEMCANI,

   Plaintiff,

  v.

GEORGIA DEPARTMENT OF
COMMUNITY HEALTH,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-2547-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending that the Defendant's Motion to Dismiss [Doc. 3] be denied as moot and the Defendant's Partial Motion to Dismiss [Doc. 7] be granted. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 3] is DENIED as moot. The Defendant's Partial Motion to Dismiss [Doc. 7] is GRANTED. Count I is DISMISSED.

SO ORDERED, this 20 day of March, 2018.


                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge