IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SAID TLEMCANI,

   Plaintiff,

     v.

GEORGIA DEPARTMENT OF
COMMUNITY HEALTH,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-2547-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 34] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 27]. The Plaintiff's Objections are without merit. It is undisputed that the same conduct led to the Plaintiff's suspension and termination. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Plaintiff failed to make a prima facie case of religious or national origin discrimination as to either. Although the Plaintiff complained of "harassment" that does not constitute opposition to conduct prohibited by Title VII. The Defendant is entitled to summary judgment as to the retaliation claim. The Court approves and adopts the Report and Recommendation as the

judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 27] is GRANTED.

SO ORDERED, this 24 day of July, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge